IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ATASHO MALONEY,
    *Plaintiff,*

v.      CIVIL ACTION NO. 18-CV-3162

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA, *et al.*,
    *Defendants.*

# ORDER

AND NOW, this 10th day of August, 2018, upon consideration of Plaintiff Atasho Maloney's renewed motion for leave to proceed *in forma pauperis* (ECF No. 6) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, without prejudice,** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8(a) of the Federal Rules of Civil Procedure, for the reasons stated in the Court's Memorandum.

4. Maloney is given leave to file an amended complaint within thirty (30) days of the date of this order in the event he can state a plausible claim for relief. If Maloney files an amended complaint, he shall identify all of the defendants in the caption of the amended complaint and describe in detail the basis for his claims against each defendant. Any amended complaint shall include all of the claims that Maloney seeks to pursue in this action without relying on or referring to other pleadings or exhibits filed in this matter. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Maloney a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Maloney may use this form to prepare his amended complaint.

6. If Maloney fails to file an amended complaint in accordance with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*