# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATASHO MALONEY,<br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF**<br>**PENNSYLVANIA**, *et al.*,<br>*Defendants* | CIVIL ACTION NO. 18-CV-3162 |

# O R D E R

AND NOW, this 24th day of September, 2018, upon consideration of *pro se* Plaintiff Atasho Maloney's request for USM-285 forms (ECF No. 10), his Amended Complaint (ECF No. 12), and his Statement (ECF No. 11), it is hereby **ORDERED** that:

1. The Court **DEEMS** Maloney's Amended Complaint to consist of the Amended Complaint (ECF No. 12) and Statement (ECF No. 11).

2. The Clerk of Court is **DIRECTED** to amend the caption to reflect that the following are the named Defendants: (1) Philadelphia Housing Authority; (2) Federal Rules of Civil Procedure; (3) PA Department of Revenue; and (4) Temple Foot and Ankle Institute.

3. For the reasons set forth in the accompanying Memorandum, the Amended Complaint is **DISMISSED**. Maloney may not file a second amended complaint in this matter.

4. Maloney's request for USM-285 forms is **DENIED,** as moot.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*